IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 05-cr-00507-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN MARQUEZ,

    Defendant.

_____

**ORDER**
_____

    The court construes defendant's Notice of Disposition as a motion to change his plea and to have the court consider the terms of the parties' plea agreement.  Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.   A change of plea hearing will be held **February 10, 2006, at 11:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

    DATED at Denver, Colorado, on December 6, 2005.

                                              BY THE COURT:

                                            /s/ Walker D. Miller
                                            United States District Judge

PDF FINAL