IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 05-cr-00507-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN MARQUEZ,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant

    The following Minute Order is entered by Judge Walker D. Miller:

    Hearing on supervised release violation will be held **June 3, 2010, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: March 22, 2010

                                              s/ Jane Trexler, Judicial Assistant