# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00507-WDM-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN MARQUEZ,

    Defendant.

---

**ORDER DISMISSING SUPERVISED RELEASE VIOLATION PETITION AND VACATING SUPERVISED RELEASE VIOLATION HEARING**

---

THIS MATTER comes to the attention of the Court upon request by the probation officer to dismiss the petition for violations of supervised release in this case. The Court, having been advised of the facts and premises of the above case, hereby

ORDERS that the petition for violations of supervised release, dated the 23rd day of November, 2009, is hereby dismissed. The Court

FURTHER ORDERS that the supervised release violation hearing scheduled for June 3, 2010, be vacated. All proceedings in this matter are therefore terminated.

DATED at Denver, Colorado, this 12th day of May, 2010.

BY THE COURT:

_____
WALKER D. MILLER
Senior United States District Judge